UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMILLE BELL,

    Plaintiff,                                        Case No. 1:14-cv-433

v.                                                    HON. JANET T. NEFF

UNITED STATES ATTORNEY
GENERAL, et al.,

    Defendants.
_____/

**ORDER**

This is a civil action filed by a *pro se* litigant. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on May 1, 2014 recommending that this Court dismiss Plaintiff's complaint with prejudice for failure to state a claim upon which relief may be granted. The Report and Recommendation was duly served on the parties. No timely objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 6) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted.

A Judgment will be entered consistent with this Order.


Dated: May 22, 2014                                              /s/ Janet T. Neff
                                                                        JANET T. NEFF
                                                                        United States District Judge